IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>              Plaintiff,  )<br>  )<br>-vs-  )<br>  )<br>JERALD VINCENT PROELL,  )<br>  )<br>              Defendant.  ) | Criminal No.  1:05-CR-082<br><br>**FINAL ORDER OF<br>FORFEITURE** |

WHEREAS, on July 11, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and Title 28, United States Code, Section 2461(c);

AND WHEREAS, on August 17, 2006; August 24, 2006; and August 31, 2006, the United States published in the McLean County Independent, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, there were no filed verified petitions in this action claiming an ownership interest in the property listed;

AND WHEREAS, it appears from the record that no other claims, contested or otherwise, have been filed for the property described in the Court's Order of Forfeiture.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That the right, title, and interest to all of the hereinafter described property of the defendant is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to JERALD VINCENT PROELL, who is the subject of this Order, is hereby forfeited to the United States of America:

> One Sten (style) 9mm machine gun which appears to be of clandestine manufacture, and which was stamped with "STEN MC," "F25014," "S68," and with other markings
>
> A Beretta, Model 950 BS, .22 short caliber semi-auto pistol, Serial No. BER40387T
>
> 5 rounds of CCI brand .22 short caliber ammunition contained within a Beretta magazine
>
> A Romarm/Cugir, Model SAR1, 7.62x39mm caliber rifle, Serial No. S1-30712-2000, imported by C.A.I., St. Albans, Vermont
>
> 152 rounds of 7.62x39mm caliber ammunition, with headstamps indicating manufacture by Klimovsk Stamping Plant and Ulyanovsk Machinery Plant, Russia, contained within 5 SKS style magazines
>
> 39 rounds of .223 caliber ammunition, with a headstamp indicating manufacture by Olympic Industries, Greece, contained within 2 AR15 style magazines
>
> 89 rounds of 9mm ammunition, with headstamps indicating various manufacturers, contained within 4 Sten magazines.
>
> A Colt, Model AR-152A2 Government Carbine, .223 caliber rifle, Serial No. GC018285
>
> A Browning, Model A-Bolt, .22-250 caliber rifle, Serial No. 70217NRH17

       552 rounds of various caliber rifle and pistol ammunition in magazines, boxes and plastic clips, including ammunition for a large caliber firearm

3.       That any and all forfeited property is to be held by the Bureau of Alcohol, Tobacco, and Firearms, and should be disposed of by said agency according to law.

The Clerk is hereby directed to send certified copies of this Order to all counsel of record and to the Bureau of Alcohol, Tobacco and Firearms, and the United States Marshal.

SO ORDERED this 18th day of October 2006.

       */s/ Daniel L. Hovland*
       Daniel L. Hovland, Chief Judge
       United States District Court